

# 128th JUDICIAL DISTRICT COURT
## *Courtney Arkeen*
### Judge

**LATOUIA DUBOIS – Court Coordinator**
ldubois@co.orange.tx.us
**HOLLI HARRISON- Court Reporter**

Orange County Courthouse
801 W. Division
Orange, Texas 77630

PHONE: (409) 882-7085
FAX: (409) 670-4101

April 13, 2015

Court of Criminal Appeals of Texas
Abel Acosta, Clerk
P. O. Box 12308
Capitol Station
Austin, Texas 78711

> Re: Pedder, David Clifford Jr.
> CCA No. WR-82,450-01
> Trial Court Case No. A100640AR

Dear Mr. Acosta:

Please accept this letter as my request for a 60 day extension in the above referenced case. The Defendant has retained private counsel and filed a First Amended Writ of Habeas Corpus on April 10, 2015.

The current deadline is April 14, 2015.

Thank you.

Sincerely,

Courtney Arkeen

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 16 2015

Abel Acosta, Clerk